

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2022

**EX PARTE** Luis Miguel **RAMIREZ PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 10366CR
Honorable Roland Andrade, Judge Presiding

## ORDER

Sitting:    Patricia Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

Luis Miguel Ramirez Perez filed an "Emergency Motion for Temporary Stay of Proceedings" seeking a stay of the trial court proceedings in Cause No. 10366CR, in Kinney County Court pending this court's decision on his appeal. The trial in this case is scheduled to commence on May 9, 2022.

We **grant** the motion for temporary stay and **order** all trial court proceedings in Cause No. 10366CR, in Kinney County Court, including the trial scheduled for May 9, 2022, **stayed** pending this court's decision on this appeal.

It is so **ORDERED** on May 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court